UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY **CGA**
Deputy Clerk
**Jan 18, 2017**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

CASE NO.: _17-006-FJL_

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

RALPH SERGO,
    Defendant.
_____/

COMES NOW _ROBERT J. WATSON_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): _ROBERT J WATSON_

Counsel's Signature: _/s/_

Address (include City/State/Zip Code):
_3001 SE OCEAN BLVD. SUITE 004_
_STUART FL_

Telephone: _772 288 1880_    Florida Bar Number: _290092_

Date: _1/18/17_