## COURT MINUTES - FORT PIERCE

### U.S. CHIEF MAGISTRATE JUDGE FRANK J. LYNCH, JR.

**101 South U.S. Highway One, Fort Pierce, FL, Courtroom #4074**

*No Interpreter Req'd*

**DEFT:** RALPH ROBERT JAMES SERGO (J)   **CASE NO:** 17-006-FJL

**AUSA:** Carmen Lineberger *present*   **ATTORNEY:** Robert Watson (Temporary) *present*

**AGENT:** James Macek, HSI *present*   **VIOL:** 21:952(a) and 21:841(a)(1)

**PROCEEDING:** Initial Appearance   **BOND REC:** PTD   **SET:**

---

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

*Deft present with temporary counsel, Mr. Robert Watson, Esquire*

*Deft sworn and advised of charges*

*Government recommending PTD and ready today for Detention Hearing (Defense counsel has no objection)*

*Detention hearing held:*

*-S/A James Macek, HSI sworn and testimony taken by Defense counsel and counsel for Government*

*-Defense proffers testimony of family members present for today's proceeding and willing to sign as bond co-signatures (client's wife and parents)*

*Court orders Defendant pretrial detained as risk of flight and danger to community (written order to follow)*

---

**DISPOSITION:** I/A&PTDheld;RRC&PrelimHrng/Arrset

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 1/23/2017 | 9:30 a.m. | Duty Magistrate(Lynch) | Fort Pierce |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGNMENT SET: | 2/01/2017 | 9:30 a.m. | Duty Magistrate(Lynch) | Fort Pierce |
| FINAL EVID HRNG SET: | | | | |

DATE: 1/18/2017   START TIME: 9:30 A.M.   Time in Court: 25 Minutes   (DAR: 10.00.21)