UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-006-FJL

UNITED STATES OF AMERICA

-v-

RALPH ROBERT JAMES SERGO
_____/

FILED BY __CGA__
Deputy Clerk

Jan 18, 2017

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

ORDER ON INITIAL APPEARANCE

AUSA ___Carmen Lineberger___     Language: __ENGLISH__
Agent ___James Macek, HSI___     D.A.R: ___10.00.21___

The above-named defendant having been arrested and appeared before this court for an initial appearance on January 18, 2017 and proceedings having been held in accordance with **F.R.C.P. 5(c)(3) or 40(a)**, it is thereupon,

**ORDERED** as follows:
1. ___Mr. Robert Watson, Esquire___ appeared as TEMPORARY counsel of record.
   Address: ___3601 S.E. Ocean Blvd., Suite 004 Stuart, Florida___
   Zip Code: __34996__ Telephone: __772/288-1880__
2. _____ appointed as permanent counsel of record
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _9:30_ A.M. on _____ **Mon., January 23, 2017** .
4. **Preliminary Hearing/Arraignment set 2/1/17 at 9:30 a.m. before Ch. Magistrate Judge Lynch in Fort Pierce.**
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___Risk of flight and Danger to community___ .
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f) **held today, 1/18/17 before Judge Lynch.**
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   **Court orders Defendant pretrial detained**
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
____ a. Surrender all passports and travel document to the Pretrial Services Office.
____ b. Report to Pretrial Services as follows:____ times a week by phone, ____time a week in person; other: __as directed by Pretrial Services__
____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____ d. Maintain or actively seek full time gainful employment.
____ e. Maintain or begin an educational program.
____ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___ j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set:    At Arrest _____
                      On Warrant _____
                      After Hearing __XX__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Pierce, Florida this 18th day of January, 2017.

_____
FRANK J. LYNCH, JR.
UNITED STATES CHIEF MAGISTRATE JUDGE

c: Assistant U.S. Attorney (FTP)
   Defendant
   Defendant's counsel
   U.S. Marshal Service
   U.S. Probation/U.S. Pretrial Services