# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RALPH ROBERT JAMES SERGO,<br><br>Defendant. | )<br>)<br>)  Case No. 17-006-FJL<br>)<br>) |

## ARREST WARRANT

FILED BY CGA Deputy Clerk
Jan 19, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RALPH ROBERT JAMES SERGO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Attempted Importation and Attempted Distribution of Lysergic Acid Diethylamide, also known as "LSD", a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952, 963, 841(a)(1), 846;

Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c).

Date: 1/18/2017

*Issuing officer's signature*

City and state: Fort Pierce, Florida

Frank J. Lynch, Jr., Chief United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/18/17, and the person was arrested on *(date)* 1/17/17
at *(city and state)* Port St Lucie, Fl.

Date: 1/18/17

*For Jame Macek HSI*
*Arresting officer's signature*

Scott Tracy Dunn For James Macek HSI
*Printed name and title*

18 JAN '17 PM 2:38