UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-MJ-00006-FJL/LYNCH

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.

RALPH ROBERT JAMES SERGO,
    Defendant,
_____/

## APPEARANCE OF COUNSEL

    Attorney Robert B. Meadows hereby files this appearance as attorney of record for RALPH SERGO, Defendant.  Defendant consents to Attorney Robert B. Meadows's appearance as attorney of record in this cause. I am admitted or otherwise authorized to practice in this court.

    Respectfully submitted,

By: _____
Attorney Robert B. Meadows
Florida Bar No. 0010217
2145 14th Ave., Suite 24
Vero Beach, FL 32960
Tel. (772) 770-9190
Fax (772) 770-9101
E-Mail: darbie@meadowslaw.us

## Certificate of Service

    I HEREBY certify that on this the **20th** day of **January** 20**17**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who

are not authorized to receive electronically Notices of Electronic Filing.

                                    Respectfully submitted,

                                    By: _____
                                    Attorney Robert B. Meadows

## Service List

**Carmen Lineberger**
**Assistant United States Attorney**
Carmen.Lineberger@usdoj.gov

**Robert Watson, Esq.**
**Temporary Counsel**
RJWPA@yahoo.com