UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-MJ-00006-FJL/LYNCH

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.

RALPH ROBERT JAMES SERGO,
    Defendant,
_____/

## NOTICE OF REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The defendant, RALPH ROBERT JAMES SERGO, through undersigned counsel, demands disclosure under Fed R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

Respectfully submitted,

By: _____
Attorney Robert B. Meadows
Florida Bar No. 0010217
2145 14th Ave., Suite 24
Vero Beach, FL 32960
Tel. (772) 770-9190
Fax (772) 770-9101
E-Mail: darbie@meadowslaw.us

### Certificate of Service

I HEREBY certify that on this the **20th** day of **January**, 20**17**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

By: _____
Attorney Robert B. Meadows

**Service List**

**Carmen Lineberger**
**Assistant United States Attorney**
Carmen.Lineberger@usdoj.gov